UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELYDIA BERLING, individually, and as Successor in Interest to EULIZEZ RODRIGUEZ, deceased, and JUAN CARLOS RODRIGUEZ, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY OF DESERT HOT SPRINGS, a municipal entity, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV14-00060-JGB (SPx)<br><br>**ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER**<br><br>**[NOTE CHANGES MADE BY COURT IN FIRST PARAGRAPH AND NUMBERED PARAGRAPHS 4 AND 6]**<br><br>**Complaint Filed: 01/10/14**<br><br>**Trial Date: Not Set** |

      The parties' Stipulation and [Proposed] Order have come before this Court. The Court hereby grants the parties' Joint Stipulation re: Protective Order.

      Accordingly, IT IS ORDERED THAT:

      1.    Good cause exists for issuance of a protective order pursuant to Federal Rule of Civil Procedure Rule 26(c) to facilitate the production of documents and information responsive to the discovery requests of Plaintiffs ELYDIA BERLING and JUAN CARLOS RODRIGUEZ (hereinafter "PLAINTIFFS") and to balance the

*18916*

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

1

**ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER**

privacy interests and protection of information of the involved officers and third parties that is protected by California *Evidence Code* §§ 1040 et seq. and the official information privilege (*Sanchez v. City of Santa Ana*, 936 F.2d 1027, 1033 (9th Cir. 1990)).

2. All documents produced by Defendant CITY OF DESERT HOT SPRINGS (hereinafter "CITY") in the categories set forth above shall be marked "CONFIDENTIAL." If the first page of any multi-page document bears this legend, then the entire document is deemed confidential, unless otherwise indicated by the producing party. The stamping of the legend "CONFIDENTIAL" is for identification purposes only, and in the event that a document produced by the CITY pursuant this Protective Order is inadvertently not stamped with the legend "CONFIDENTIAL," such document is still subject to the provisions of this Protective Order.

3. All documents produced by the COUNTY in conjunction with the Protective Order subsequent to the entry of this Protective Order shall be subject to this Protective Order, and shall be deemed CONFIDENTIAL INFORMATION.

4. All CONFIDENTIAL INFORMATION provided in accordance with this Order may be used for all proceedings in this matter only, including law and motion, trial and/or appeal. However, in the event that CONFIDENTIAL INFORMATION is used in any such pretrial proceedings, the party submitting the CONFIDENTIAL INFORMATION must seek an order sealing that portion of the record.

5. If any information and/or documents which are the subject of this Protective Order are presented to this or any other court in any other manner prior to the time of trial, said information and/or documents shall be lodged under seal, pursuant to Local Rule 79-5.1, and with an appropriate application made to United States District Judge Jesus Bernal, for lodging under seal, in an envelope clearly marked as follows:

*18916*

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

"CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER."

6. Testimony taken at any deposition, conference, or hearing may be designated as confidential by making a statement to that effect on the record at the deposition or proceeding. Arrangements shall be made by the CITY with the Court Reporter transcribing such proceedings to separately bind such portions of the transcript containing information designated as confidential, and to label such portions accordingly. In the event that the Court rules that the CONFIDENTIAL INFORMATION is admissible, then the Court and/or jury may review said CONFIDENTIAL INFORMATION in open court in order to determine issues before the Court.

7. All CONFIDENTIAL INFORMATION produced in accordance with this Protective Order shall not be used in any deposition, legal proceeding, or in any other forum than the instant case, nor shall the CONFIDENTIAL INFORMATION be disseminated in any form, except by court order, or until such time as the "CONFIDENTIAL" designation is removed by agreement of counsel for the parties or by further order of this Court.

8. CONFIDENTIAL INFORMATION shall be viewed only by: (1) the Court and its staff; (2) counsel of record for the receiving party, including associates, clerks, and secretarial staff for such parties, (3) independent experts retained by parties (and approved by the other parties), and (4) any associates, assistants, and secretarial personnel of such experts and other persons designated by agreement of counsel for the parties, and so long as said experts have agreed in writing in advance of any disclosure of CONFIDENTIAL INFORMATION to be bound by this Protective Order. In the event that an individual does not consent to be bound by this Protective Order, no disclosure of CONFIDENTIAL INFORMATION will be made to such individual. The Court and its staff may review all matters, which pertain to the discussion of the CONFIDENTIAL INFORMATION, including law and motion

*18916*

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

matters, consistent with this confidentiality agreement in respect to the CONFIDENTIAL INFORMATION.  In the event that the Court rules that the CONFIDENTIAL INFORMATION is admissible, then the Court and its staff, and/or jury may review said information in open court in order to determine issues before the Court.

9. CONFIDENTIAL INFORMATION produced in connection with this Protective Order shall not be disclosed, disseminated, or in any manner provided to the media or any member of the public, unless the Court has ruled that the information may be divulged to the media and the public.

10. Plaintiffs' counsel may not disclose directly to the Plaintiffs, either orally or in writing, the addresses and telephone numbers of any witnesses identified in the CONFIDENTIAL INFORMATION, but may discuss with the Plaintiffs the information obtained from any investigation conducted as a result of disclosed CONFIDENTIAL INFORMATION.  Alternatively, Plaintiffs' counsel may show a form of the CONFIDENTIAL INFORMATION to the Plaintiffs so long as the names, addresses, telephone numbers, and/or any other identifying information of any percipient witnesses (civilian and sworn) have been redacted.  It is further stipulated that only the name of the shooting officer may be disclosed to the Plaintiffs, but no other identifying information.

11. In the event that any CONFIDENTIAL INFORMATION is used or referred to during the course of any court proceeding in this action, such information shall not lose its confidential status through such use.

12. Plaintiffs, Plaintiffs' counsel, and those individuals authorized to review the information in connection with this civil matter are expressly prohibited from duplicating, copying or otherwise distributing, disseminating, or orally disclosing any of the disclosed CONFIDENTIAL INFORMATION to any person or entity for any purpose.

///

*18916*

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

13. Counsel for each party shall take reasonable precautions to prevent the unauthorized or inadvertent disclosure of CONFIDENTIAL INFORMATION.

14. In the event that the terms of this Protective Order are violated, the parties agree that the aggrieved party may immediately apply to this Court to obtain injunctive relief and monetary sanctions against any person violating or threatening to violate any of the terms of this Protective Order. This Court shall retain jurisdiction over the parties for the purpose of enforcing this Protective Order, and the Court shall have the power to modify this Protective Order at any time and to impose whatever penalties it deems appropriate for the violation of this Protective Order, including but not limited to monetary sanctions, judicial sanctions, issue preclusion, and contempt. Any such request for injunctive relief and/or monetary sanctions must be made by a properly noticed motion and pursuant to statute.

15. This Protective Order, and the obligations of all persons thereunder, including those relating to the disclosure and use of CONFIDENTIAL INFORMATION, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise, until further order of the court.

16. Upon termination of the instant case, Plaintiffs and Plaintiffs' counsel shall return any and all CONFIDENTIAL INFORMATION or information designated as confidential, including deposition transcripts, trial testimony, and/or testimony taken at any court proceeding, to the CITY'S attorney of record for this matter, within twenty (20) days following termination of this matter.

**IT IS SO ORDERED.**

DATED: <u>May 12, 2015</u>                   _____

                              Honorable Sheri Pym
                              Judge of the United States District Court

*18916*

**ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is 1100 El Centro Street, South Pasadena, California 91030.

On this date, I served the foregoing document described as **(PROPOSED) ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in South Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at South Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in South Pasadena, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List on: _____ (Date) at _____ (Time)

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (626) 243-1100 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on May 8, 2015 at South Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Diana Villalba*

Diana Villalba
dvillalba@ccmslaw.com

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

18916

6

**ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER**

**ELYDIA BERLINGm et al. vs. CITY OF DESERT HOT SPRINGS**
**USDC Case No.: 14-CV-00060-JGB (SPx)**
18916

**SERVICE LIST**

Brian T. Dunn, Esq.
Megan R. Gyongyos, Esq.
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, CA 90010
(323) 435-8205 – FAX: (323) 282-5280
bdunn@cochranfirm.com
mgyongyos@cochranfirm.com
**ATTORNEYS FOR PLAINTIFFS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*18916*

**ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER**